1  NOSSAMAN LLP
   KURT W. MELCHIOR, SBN 27677
2  JAMES C. POWERS, SBN 30246
   50 California Street, 34th Floor
3  San Francisco, CA 94111
   kmelchior@nossaman.com
4  jpowers@nossaman.com
   Telephone:  415-398-3600
5  Facsimile:    415-398-2438

6  Attorneys for Plaintiffs

7

8  E-filing

9

10  UNITED STATES DISTRICT COURT

    NORTHERN DISTRICT OF CALIFORNIA

11

12  CUMBRE, INC., a California corporation, and      Case No.
    COACHELLA VALLEY INSURANCE           **CV 09 2706**
13  SERVICE, INC., a California corporation,
                                          COMPLAINT FOR INJUNCTION
14
              Plaintiffs,
15
          vs.
16
    STATE COMPENSATION INSURANCE
17  FUND, a public enterprise fund,

18            Defendant.

19

20

21      Plaintiffs allege as follows:

22      1.      Jurisdiction.  This Court has jurisdiction over the subject matter of this action

23  under the provisions of 28 U.S.C. §1331 in that it is an action arising under the First

24  Amendment to the United States Constitution.

25      2.      Intradistrict Assignment.  Pursuant to Civil L.R. 3.2(d), this action arose in the

26  City and County of San Francisco.

27

28

374138_1.DOC                              - 1 -

1    3.    At all times herein mentioned, plaintiffs Cumbre, Inc. and Coachella Valley

2  Insurance Service, Inc. have been and now are California corporations. Coachella Valley

3  Insurance Service, Inc. Is a wholly-owned subsidiary of Cumbre, Inc.

4    4.    Defendant State Compensation Insurance Fund ("SCIF") is a public enterprise

5  fund with its principal place of business in San Francisco, California.

6    5.    SCIF is a public entity and an agency of the State of California, and its actions

7  constitute state action subject to the Fourteenth Amendment to the United States Constitution

8  and to 42 U.S.C. §1983.

9    6.    Plaintiffs are insurance brokers specializing in workers' compensation insurance.

10    7.    SCIF is by far the largest workers' compensation insurance carrier in the State of

11  California. Among other things, SCIF writes workers' compensation policies for business that

12  cannot obtain coverage from any other carrier; and it so dominates the market for workers'

13  compensation insurance in California that the income of a workers' compensation insurance

14  broker in this State is seriously impaired if it cannot place business with SCIF.

15    8.    SCIF regularly enters into brokerage agreements with any California insurance

16  broker who meets minimal qualifications. Both plaintiffs more than meet those qualifications.

17  On March 24, 2009, plaintiffs submitted to SCIF an application to enter into a broker

18  agreement with SCIF and to become brokers for SCIF. A true and correct copy of that

19  application is attached hereto as Exhibit A.

20    9.    On March 31, 2009, an attorney for SCIF sent a letter to counsel for plaintiffs

21  giving notice that SCIF refused to enter into a broker agreement with plaintiffs; that it did so

22  because plaintiffs are litigating with SCIF in another action; and that SCIF refuses to allow

23  plaintiffs to be brokers for SCIF while they continue litigating their action against SCIF. A true

24  and correct copy of that letter is attached hereto as Exhibit B.

25    10.    SCIF's rejection of plaintiffs' application to become brokers for SCIF on the

26  ground that plaintiffs are litigating with SCIF, and its requiring plaintiffs to cease litigating with

27  SCIF in order to become brokers for SCIF, are government actions which have imposed, and

28  continue to impose, substantial losses on plaintiffs.

374138_1.DOC                                              - 2 -

1    11.    Plaintiffs have a fundamental right of access to the courts, which is part of the
2  right to petition the government for redress of grievances provided for in the First Amendment
3  to the United States Constitution. A governmental agency such as SCIF cannot require a
4  person to give up its right to petition for redress of grievances through prosecution of a suit in
5  court, or to give up any other right guaranteed by the First Amendment, and it cannot do so
6  indirectly by making termination of a suit in court a condition of receipt of a benefit. SCIF's
7  rejection of plaintiffs' application to become brokers for SCIF while plaintiffs are litigating other
8  disputes with SCIF, and requiring plaintiffs to terminate their other action against SCIF as a
9  condition to becoming brokers for SCIF, imposes an unconstitutional condition on plaintiffs'
10  application. In imposing that condition on plaintiffs' application to become brokers, SCIF
11  deprives plaintiffs of property and liberty within the meaning of those terms as used in the 14th
12  Amendment and thereby violates plaintiffs' substantive and procedural due process rights.

13    12.    Many employers prefer to obtain workers' compensation insurance from SCIF
14  instead of from other carriers, and other employers can obtain workers' compensation
15  coverage only from SCIF. On account of defendant's wrongful refusal to enter into brokerage
16  agreements with them, plaintiffs are unable to obtain policies of workers compensation
17  insurance from SCIF for such employers, to properly service SCIF policies of insurance, and to
18  obtain adequate commissions for policies issued by SCIF. SCIF's refusal to enter into
19  brokerage arrangements with plaintiffs causes plaintiffs to lose customers, commissions, and
20  goodwill and deprives plaintiffs of the ability to expand their business., Said losses are not
21  accurately measurable or adequately compensable by money damages and constitute
22  irreparable injury to plaintiffs. Said losses continue each and every day that plaintiffs' said
23  application continues to be rejected by SCIF. Plaintiffs are therefore without an adequate
24  remedy at law and require that this Court issue an injunction, requiring defendant to enter into
25  brokerage agreements with plaintiffs on the same terms as it offers to other brokers.

26    WHEREFORE plaintiffs pray judgment as follows:

27

28

1    (1)    For a preliminary and a permanent mandatory injunction requiring SCIF to enter

2   into broker agreements with plaintiffs on the same terms and conditions as SCIF contracts with

3   its other newly appointed brokers;

4    (2)    That SCIF be preliminarily and permanently enjoined and restrained from

5   rejecting any application of plaintiffs to become brokers for SCIF on the ground that plaintiffs

6   are litigating with SCIF, and thereafter from terminating plaintiffs' status as brokers for SCIF

7   because of plaintiffs being engaged in litigation with SCIF, or on the basis of any conditions

8   other than legal conditions  which SCIF imposes on its other brokers;

9    (3)    For plaintiffs' costs of suit incurred herein;

10    (3)    For attorneys' fees pursuant to 42 U.S.C. § 1988; and

11    (4)    For such other and further relief as the Court may deem proper.

12

Dated:  June 17, 2009                    NOSSAMAN, LLP
13                                                         KURT W. MELCHIOR
                                                          JAMES C. POWERS
14

15

16                                              By_____
                                                      KURT W. MELCHIOR
17                                                    Attorneys for Plaintiffs
                                                      Cumbre, Inc. and Coachella Valley Insurance Service, Inc.
18

19

20

21

22

23

24

25

26

27

28

374138_1.DOC                              - 4 -

## VERIFICATION

MICHAEL J. HOLZMAN declares:

1.     I am the Chief Operating Officer of both Cumbre, Inc. and Coachella Valley Insurance Service, Inc., the plaintiffs in the above-entitled action, and I am authorized to make this verification on their behalf. I have read the foregoing COMPLAINT FOR INJUNCTION and know the contents thereof and there same are true of my own knowledge except those matters which are therein stated on information and belief and, as to those matter, I believe it to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June  9 , 2009

Michael J. Holzman

373027_1.DOC

# EXHIBIT A



Tuesday, March 24, 2009

State Compensation Insurance Fund                    <u>Registered US Mail-Return Receipt</u>
PO Box 420807
San Francisco, CA 94142-0807
Attn: Marketing Department, Broker Unit


Re:    State Fund Broker Program

Please find enclosed the following documents:


    1. Brokerage Profile
    2. Signed 2009 Broker Agreement
    3. Copy of California DOI Agency License for Cumbre and CVIS
    4. Copy of Errors and Omissions Dec Page for Cumbre/CVIS
    5. Signed Broker User List
    6. Copy of Bond form 417-5 and Bond Transaction Reports for Cumbre/CVIS
    7. Signed California Tax form 590

I trust you will find these forms in order.  Please let me know if you have any questions.


Sincerely,

**Cumbre Insurance Services**

Michael J. Holzman, ARM
Vice President/COO


**CUMBRE INSURANCE SERVICES**
**3333 CONCOURS SUITE 5100   ONTARIO, CA 91764**
**909.484.2456   909.484.2491 (FAX)**
**CA LIC. # 0708981   WWW.CUMBREINC.COM**



# STATE
**COMPENSATION**
**INSURANCE**
**FUND**

## BROKERAGE PROFILE

| FOR STATE FUND USE |
|---|
| DO |

State Compensation Insurance Fund will use this form in lieu of IRS W-9 "REQUEST FOR TAXPAYER IDENTIFICATION NUMBER AND CERTIFICATION". Please complete your business name, address, organization type, and federal identification number. The Internal Revenue Service requires this information be complete and correct.

### SECTION I - PRIMARY BROKERAGE (Must be completed to process request)

**Access Number** _____

☐ Check if Access Number has not been issued

Number of producers at this location ___10___

**Legal Name** Cumbre, Inc.

**DBA Name** *(MUST BE PRINTED ON THE LICENSE)* Cumbre Insurance Services

**CONTACT INFORMATION** (All documents, checks and information will be sent to the mailing address.)

| ADDRESS | STREET OR P O BOX | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Mailing | 3333 Concours Suite 5100 | Ontario | CA | 91764 |
| Physical | 3333 Concours Suite 5100 | Ontario | CA | 91764 |

**Primary Brokerage Phone** ( ) 909-484-2456    **Fax** ( ) 909-484-2491

**Contact Person/Title** Vice President    **Contact's E-mail Address** mike.holzman@cumbreinc.com

**Phone** ( ) 909-291-4891    **Principal's E-Mail Address** mike.holzman@cumbreinc.com

**Fax** ( ) 909-484-2491    **Website** www.cumbreinc.com

**ARE THERE ADDITIONAL LOCATIONS USING THE SAME AND/OR DIFFERENT ACCESS NUMBER AS PRIMARY BROKERAGE?**

☐ YES    ☐ NO  (If yes, please complete section 1A for all locations.)

**DOES PRIMARY BROKERAGE HAVE A COMMON OWNERSHIP INTEREST WITH OTHER BROKERAGES?**

☒ YES    ☐ NO  (If yes, please complete section 1B for all locations.)

### SECTION 1A - FOR PRIMARY BROKERAGE THAT HAS ADDITIONAL LOCATIONS WITH THE SAME AND/OR DIFFERENT ACCESS NUMBER (Please complete this section for all locations)

**LOCATION #1** (Please indicate if access number is different from Section I)

**State Fund Access Number** _____    Number of producers at this location _____

**Legal Name** (Same as Section I) _____

**DBA Name** _____

**CONTACT INFORMATION** (All documents, checks and information will be sent to the mailing address.)

| Address | Street or P.O. Box | City | State | Zip code |
|---|---|---|---|---|
| Mailing | | | | |
| Physical | | | | |

**Contact Person** _____    Title _____

**Phone** ( ) _____    E-Mail Address _____

**Fax** ( ) _____    Website _____

Rev. 3/11/09

1

**LOCATION #2** (Please indicate if access number is different from Section I)

State Fund Access Number _____ Number of producers at this location _____

LegalName (Same as Section I) _____

DBA Name _____

**CONTACT INFORMATION** (All documents, checks and information will be sent to the mailing address.)

| Address | Street or P.O. Box | City | State | Zip code |
|---|---|---|---|---|
| Mailing | | | | |
| Physical | | | | |

Contact Person _____ Title _____

Phone ( ) _____ E-Mail Address _____

Fax ( ) _____ Website _____

**LOCATION #3** (Please indicate if access number is different from Section I)

State Fund Access Number _____ Number of producers at this location _____

LegalName (Same as Section I) _____

DBA Name _____

**CONTACT INFORMATION** (All documents, checks and information will be sent to the mailing address.)

| Address | Street or P.O. Box | City | State | Zip code |
|---|---|---|---|---|
| Mailing | | | | |
| Physical | | | | |

Contact Person _____ Title _____

Phone ( ) _____ E-Mail Address _____

Fax ( ) _____ Website _____

**SECTION II - FOR BROKERAGES THAT HAVE COMMON OWNERSHIP WITH THE PRIMARY BROKERAGE** (Please indicate if access number is different.)

# BROKERAGE #1

State Fund Access Number _____ Number of producers at this location ____4____

Legal Name    Coachella Valley Insurance Service, Inc.

DBA Name    Coachella Valley Insurance Service, Inc.

**CONTACT INFORMATION** (All documents, checks and information will be sent to the mailing address.)

| Address | Street or P.O. Box | City | State | Zip code |
|---|---|---|---|---|
| Mailing | 78-411 Highway 111 | La Quinta | CA | 92253 |
| Physical | 78-411 Highway 111 | La Quinta | CA | 92253 |

Contact Person Bill Molina    Title Vice President

Phone ( ) 760-347-5552    E-Mail Address bill.molina@cvisinc.com

Fax ( ) 760-347-2858    Website www.cvisinc.com

**ADDITIONAL LOCATIONS FOR BROKERAGE 1** (Please attach additional sheets if necessary)

| Address | Street or P.O. Box | City | State | Zip code |
|---|---|---|---|---|
| Mailing | | | | |
| Physical | | | | |
| Contact Person | | Title | | |
| Phone | ( ) | E-Mail Address | | |
| Fax | ( ) | Website | | |

## BROKERAGE #2

State Fund Access Number _____     Number of producers at this location _____

Legal Name _____

DBA Name _____

**CONTACT INFORMATION** (All documents, checks and information will be sent to the mailing address.)

| Address | Street or P.O. Box | City | State | Zip code |
|---|---|---|---|---|
| Mailing | | | | |
| Physical | | | | |
| Contact Person | | Title | | |
| Phone | ( ) | E-Mail Address | | |
| Fax | ( ) | Website | | |

**ADDITIONAL LOCATIONS FOR BROKERAGE 2** (Please attach additional sheets if necessary)

| Address | Street or P.O. Box | City | State | Zip code |
|---|---|---|---|---|
| Mailing | | | | |
| Physical | | | | |
| Contact Person | | Title | | |
| Phone | ( ) | E-Mail Address | | |
| Fax | ( ) | Website | | |

**SECTION 3 - LICENSE, BOND & INSURANCE INFORMATION - PLEASE PROVIDE COPIES TO CALIFORNIA. BOND AND E&O POLICY. ALL COLUMNS MUST BE COMPLETED. IF YOUR CERTIFICATE WILL EXPIRE PRIOR TO RECEIVING YOUR APPLICATION.**

| | Number | Amount | Start Date | Expiration Date |
|---|---|---|---|---|
| CA Fire & Casualty License | 0708981 | | 08/26/1986 | 08/31/2010 |
| Broker Bond | FX 523170C | 10,000 | 7/1/2006 | 7/1/2009 |
| Broker Bond Carrier | Indemnity Company of California | | | |
| E&O Policy | LHR810989 | $2,000,000 | 1/26/2009 | 1/26/2010 |
| E&O Policy Carrier | Landmark American | | | |

## SECTION II: ORGANIZATION INFORMATION

Federal Tax Id # 95-4019695 _____ or Social Security # _____

| Type of Organization | [X] Corporation | ☐ Individual | ☐ Partnership | ☐ LLC |
|---|---|---|---|---|
| | ☐ Other (please specify) _____ | | | |

| Agency Mgmt System | [X] AMS | ☐ Applied | ☐ Cair | ☐ Delphi |
|---|---|---|---|---|
| | ☐ Farmers | ☐ Other (please specify) _____ | | |

| Ins. Co. Affiliation | ☐ Farmers | ☐ AllState | ☐ State Farm | ☐ Other (please specify) _____ |
|---|---|---|---|---|
| | [X] Not affiliated with an insurance company | | | |

| Association Membership | ☐ IBA West | ☐ Alliance | [X] WIA | ☐ PIA |
|---|---|---|---|---|
| | ☐ Other (please specify) _____ | | | |

## SECTION IV: OWNERSHIP INFORMATION

Please list all officers (even if the officers do not own stock) and/or stockholders, partners, or sole proprietor. Only partners/officers listed below will be authorized to sign any State Fund documents on behalf of your brokerage. For sole proprietorships, only the owner can sign any State Fund documents. The total of Percent Owned must equal to 100%.

| Name | Title | Partnership GEN/LTD | Percent Owned |
|---|---|---|---|
| Michael J. Holzman | Vice President | | 16.5% |
| Ruben Medina | President | | 16.5% |
| Ray Medina | Vice President | | ~~36%~~ |
| Jeff Sharpshair | Vice President | | ~~16.5%~~ |
| Rafe Shoup | Vice President | | 16.5% |
| ~~Guillermo Molina~~ | ~~Vice President (Coachella Valley Insurance Service, Inc.)~~ | | ~~24%~~ |
| Bill Molina | Vice President (Coachella Valley Insurance Service, Inc.) | | 25% |

DOES ANY INDIVIDUALS LISTED ABOVE HAVE A PRIOR BUSINESS RELATIONSHIP WITH STATE FUND?   ☐ NO  [X] YES (If yes, name of individual (s): Ruben Medina, Ray Medina, Rafe Shoup

Jeff Sharpshair, Michael Holzman

Prior name(s) of brokerage: Cumbre, Inc. / Coachella Valley Insurance Service, Inc.

Reason(s) for prior brokerage's termination: 2003 Broker Termination Program

## CERTIFICATION

1.  The Tax Id Number shown on this Brokerage Profile is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3.  I certify that I am a U.S. citizen or U.S. resident alien and can legally conduct business in the United States, and

4.  I/We hereby certify that all statements made on this application are true and complete. I further understand that any false, incomplete, or incorrect statements may result in immediate termination and invalidation of my representation of all accounts my brokerage has placed with State Fund.

Signed by _____          Date ___3/24/2009.____
                    (Brokerage Principal)

Name (please print) ___Michael Holzman___          Title ___Vice President.___
                    (Brokerage Principal)

Rev. 3/11/09                                        4

**STATE COMPENSATION**
**INSURANCE FUND**

**BROKERAGE**
**FIRM**

_____
Rick Quintanilla

_Cumbre, Inc_
Brokerage Firm DBA Name



_____
Manager, Broker-Relations
Title

Signature of
Corporate Officer or Brokerage
Principal

_Michael J. Holeman_
Please Print or Type Name

_____
Date

_Vice President/COO._
Title

_3/04/2009_
Date

This agreement supersedes all previous Broker agreements including any amendment
thereto between State Fund and Broker. The Brokers and Producers of this Brokerage
shall adhere to these terms effective January 1, 2009 and shall remain in effect until
December 31, 2009 unless revised, suspended or terminated before that date.

The 2009 Commission Plan shall apply to all broker owned accounts incepting or
renewing from January 1, 2009 to December 31, 2009. If the Anniversary Rating Date is
different than the inception or renewal date, the inception or renewal date will be used
to determine the applicable commission plan for that period.

Access number assigned by State Fund _____
*Important* Please write in your correct <u>Access</u> #. We are unable to identify your
contract without this number.

**STATE**
**COMPENSATION**
**INSURANCE**
**FUND**

- 12 -

RECEIVED AUG 2 0 2008



**California Department of Insurance**

CUMBRE, INC.

Is licensed to engage in the business of insurance in the State of California as stated below:

Accident and Health
Fire and Casualty Broker-Agent
Life-Only
Surplus Lines Broker

License Number:    0708981
Expiration Date:    08-31-2010

Steve Poizner, Insurance Commissioner

CUMBRE, INC.
3333 Concours, #5100
Ontario, CA 91764

# State of California
## Department of Insurance
### CUMBRE, INC.

License Number:  0708981

Pursuant to the requirements of the State of California Insurance Code, CUMBRE, INC. is licensed to conduct the business of insurance in the following capacity:

| | Effective Date | Expiration Date |
|---|---|---|
| **Resident Insurance Producer** | 08-26-1986 | 08-31-2010 |
| **Qualified As:** | | |
| ACCIDENT AND HEALTH | 03-07-2001 | |
| FIRE AND CASUALTY BROKER-AGENT | 08-26-1985 | |
| LIFE-ONLY | 03-07-2001 | |
| SURPLUS LINES BROKER | 08-22-2006 | |
| **DBA/AKA Names** | | |
| CUMBRE INSURANCES SERVICES | | |
| QUANTUM PACIFIC INSURANCE SERVICES AGENCY | | |



Steve Poizner, Insurance Commissioner

**California Department of Insurance**

COACHELLA VALLEY INSURANCE SERVICE, INC.
Is licensed to engage in the business of Insurance in the State of California as stated below:
Accident and Health
Fire and Casualty Broker-Agent
Life-Only

License Number: 0542476
Expiration Date: 02-28-2011



Steve Poizner, Insurance Commissioner

COACHELLA VALLEY INSURANCE SERVICE, INC.
78-411 Highway 111

La Quinta, CA  92253

# State of California
## Department of Insurance

## COACHELLA VALLEY INSURANCE SERVICE, INC.

### License Number: 0542476

Pursuant to the requirements of the State of California Insurance Code, COACHELLA VALLEY INSURANCE SERVICE, INC. is licensed to conduct the business of Insurance in the following capacity:

| | Effective Date | Expiration Date |
|---|---|---|
| Resident Insurance Producer | 10-19-1977 | 02-28-2011 |
| **Qualified As:** | | |
| ACCIDENT AND HEALTH | 07-01-1979 | |
| FIRE AND CASUALTY BROKER-AGENT | 10-19-1977 | |
| LIFE-ONLY | 07-01-1979 | |

Steve Poizner, Insurance Commissioner



03/17/2009 07:59 AM



**PROFESSIONAL LIABILITY POLICY DECLARATIONS**
**(Claims-Made Form)**

## Landmark American Insurance Company
(An Oklahoma Stock Co.)
(hereinafter called "the Company")

EXECUTIVE OFFICES:  945 East Paces Ferry Road, Suite 1800, Atlanta, GA 30326-1160

**Policy Number:** LHR810989    **RENEWAL OF:** NEW

**Named Insured and Mailing Address:**    **Producer Name:**

CUMBRE INC DBA CUMBRE INSURANCE SERVICES
3333 CONCOURS
SUITE 5100
ONTARIO, CA 91764

**Policy Period:  From:** 01/26/09  **To:** 01/26/10  at 12:01 A.M. Standard Time at the Named Insured address as stated herein.

IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM, IN RELIANCE UPON THE STATEMENTS HEREIN OR ATTACHED HERETO, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, THE COMPANY AGREES WITH THE NAMED INSURED AS FOLLOWS:

| | | | |
|---|---|---|---|
| 1. | **NAMED INSURED'S PROFESSIONAL SERVICES:** | Insurance Agency and Risk Management Services | |
| 2. | **LIMITS OF LIABILITY:** | $ 2,000,000.00 | **Each Claim** |
| | | $ 2,000,000.00 | **Aggregate Limit** |
| 3. | **DEDUCTIBLE:** | $ 15,000.00 | **Each Claim Applies to Indemnity and Expense** |
| 4. | **RETROACTIVE DATE:** | 01/26/1912 | |
| 5. | **PREMIUM:** | $ 54,000.00 | **Not Subject to Audit** |

6.  **FORMS AND ENDORSEMENTS ATTACHED AT INCEPTION:**

See attached forms list.

THESE DECLARATIONS TOGETHER WITH A SIGNED COPY OF THE NAME INSURED'S APPLICATION FOR THIS POLICY, COVERAGE FORM(S), FORMS AND ENDORSEMENTS, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

NOTICE: EXCEPT TO SUCH EXTENT AS MAY OTHERWISE BE PROVIDED HEREIN, THE COVERAGE OF THIS POLICY IS LIMITED GENERALLY TO LIABILITY FOR ONLY THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED WHILE THE POLICY IS IN FORCE.  PLEASE REVIEW THE POLICY CAREFULLY AND DISCUSS THE COVERAGE THEREUNDER WITH YOUR INSURANCE AGENCY OR BROKER.

| 03/10/2009 | By: _Nancy A. Davis_ |
|---|---|
| Date | Authorized Representative |

SubMitDt:    61585    BinderDt:
                       Created By:  AP

RSG 50004 0407

**Brokerage User List**

The Brokerage Principal will automatically be registered on State Fund Online.

A State Fund Rep will contact you to schedule training. You can add

additional users at the time of your training. PLEASE PRINT, SIGN, AND DATE BELOW.

Principal's Name and Signature: _____

Date: 3/24/9.

Page 1

FROM INSCO DICO GROUP            (TUE)JAN 9 2007 9: , 9:18/No.7500000845 P 2

```
+-------------------------+
|Bond Number: 523170C     |                      Orig.Issue: 07/01/2001
+-------------------------+                      Term From : 07/01/2006
  Company   : 15 INDEMNITY COMPANY OF CALIFORNIA  Term To   : 07/01/2009
  Producer  : 240885 Y CUMBRE INC                 Cancelled :
+------------------------------BOND REPORT(M)--------------------------------+
+|Trans   Company  Branch Risk State                                        |+
| |  20      15      200    04                                              | |
| |Class   Type   Category  Treaty                                         | |
| |3456     03              00                                             | |
| |   Type of Bond          Penalty      Premium   ---- Commission -----   | |
| |INSURANCE BROKER          10,000        250.00    20.0%        50.00     | |
| |                      Contract Amt   Term From   Term To    Effective   | |
| |                           0     07/01/2006   07/01/2009   07/01/2006    | |
| |                                                                        | |
| |Obligee : 1400              Remarks:  RENEWAL                           | |
| |CA DEPT OF INSURANCE                                                     | |
| |                                                                        | |
| |Producer: 240885            Principal: A523170C                         | |
| |CUMBRE INC                  CUMBRE INC                                   | |
+-+----------------------------------------------------------------------+-++
------------------------------BOND REPORT(M)-------------------------------
Next ?
First record/page
```

State of California
Bond Of Insurance Broker
Form 417-5 (Rev. 10/2000)

Department of Insurance

Producer Licensing Bureau
P.O. Box 1139
Sacramento, CA 65814-1139

## TO THE PEOPLE OF THE STATE OF CALIFORNIA
*(Insurance Code Section 1662-1665)*

*BOND No.* 523170C

*Premium* $ 100.00----
*Premium is for a term of* 1 *year(s).*

WE, CUMBRE INC., DBA: CUMBRE INSURANCE SERVICES

*as Principal, an applicant for or holder of a California broker's license, and* _____

INDEMNITY COMPANY OF CALIFORNIA                          *,an admitted*
*surety insurer as Surety hereon, bind ourselves in the penal sum of TEN THOUSAND DOLLARS ($10,000),*
*to the people of the State of California, which sum shall be the limit of total aggregate liability hereunder.*

*The condition of this obligation is that if the Principal is granted, or during the term hereof holds, an
insurance broker's license issued by the Insurance Commissioner of the State of California, he shall account
to any person requesting him to obtain insurance, for moneys or premiums collected by him, his solicitors
or his employees, for insurance other than life; if he shall so account as required by law, then this obligation
shall be null and void; otherwise to remain in full force and effect.*

*This bond shall take effect on* _____ JULY _____ 1 _____ *,20* 01 *, but not prior
to the date of its execution. If no date is hereinabove written, it shall take effect on the later of the two dates
of execution set forth below.*

*This bond shall remain in force and effect until the surety is released from further liability by the
commissioner or until the bond is canceled by the surety. The surety may cancel the bond and be released
of further liability hereunder by delivering 30 days' notice to the commissioner. Such cancellation shall not
affect any liability incurred or accrued prior to the termination of the 30-day period.*

*In witness whereof the Principal has subscribed his (its) true name on the date and at the place in this
State entered opposite his (its) signature, and the Surety has subscribed its full and correct name and affixed
its corporate seal on the date and at the place in this State shown opposite its signature.*

CUMBRE INC., DBA: CUMBRE INSURANCE SERVICES
Principal

_____ , 20 _____
Date                    Year

By_____

_____
Place where executed

INDEMNITY COMPANY OF CALIFORNIA
Surety

By_____
Name
ANTONIO ALVARADO

JULY       10       , 20 01
Date             Year

ATTORNEY-IN-FACT
Position or Title

IRVINE
Place in California where executed

IT IS NECESSARY THAT A STATUTORY $21.00 REPLACEMENT BOND FEE BE
SUBMITTED, UNLESS BOND IS FILED WITH AN ORIGINAL APPLICATION.

Form 417-5 (Rev. 10/2000)

STATE OF _____ CALIFORNIA _____  
                        } SS.  
COUNTY OF _____ ORANGE _____  

On _____ JULY 10, 2001 _____, before me, _____ CYNTHIA S. WOZNEY _____

PERSONALLY APPEARED _____ ANTONIO ALVARADO _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

> CYNTHIA S. WOZNEY  
> COMM. # 1188015  
> Notary Public - California  
> ORANGE COUNTY  
> My Comm. Expires JUNE 25, 2002

*This area for Official Notarial Seal*

═══════════════ **OPTIONAL** ═══════════════

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ INDIVIDUAL  
☐ CORPORATE OFFICER  
          TITLE(S)

☐ PARTNER(S)     ☐ LIMITED  
                ☐ GENERAL  
☑ ATTORNEY-IN-FACT  
☐ TRUSTEE(S)  
☐ GUARDIAN/CONSERVATOR  
☐ OTHER:_____

SIGNER IS REPRESENTING:  
NAME OF PERSON(S) OR ENTITY(IES)  
  INDEMNITY COMPANY OF CALIFORNIA

**DESCRIPTION OF ATTACHED DOCUMENT**

523170C  
TITLE OF TYPE OF DOCUMENT

ONE  
NUMBER OF PAGES

JULY 10, 2001  
DATE OF DOCUMENT

SIGNER(S) OTHER THAN NAMED ABOVE

ID-1232 (REV. 3/01)

ALL-PURPOSE ACKNOWLEDGEMENT

# POWER OF ATTORNEY FOR
## DEVELOPERS SURETY AND INDEMNITY COMPANY
## INDEMNITY COMPANY OF CALIFORNIA

PO BOX 19725, IRVINE, CA 92623 • (949) 263-3300

KNOW ALL MEN BY THESE PRESENTS, that except as expressly limited, DEVELOPERS SURETY AND INDEMNITY COMPANY and INDEMNITY COMPANY OF CALIFORNIA, do each severally, but not jointly, hereby make, constitute and appoint:

***Cynthia S. Wozney, Pauline McLean, Antonio Alvarado, Gina L. Garner, jointly or severally***

as the true and lawful Attorney(s)-in-Fact, to make, execute, deliver and acknowledge, for and on behalf of said corporations as sureties, bonds, undertakings and contracts of suretyship giving and granting unto said Attorney(s)-in-Fact full power and authority to do and to perform every act necessary, requisite or proper to be done in connection therewith as each of said corporations could do, but reserving to each of said corporations full power of substitution and revocation, and all of the acts of said Attorney(s)-in-Fact, pursuant to these presents, are hereby ratified and confirmed.

This Power of Attorney is granted and is signed by facsimile under and by authority of the following resolutions adopted by the respective Board of Directors of DEVELOPERS SURETY AND INDEMNITY COMPANY and INDEMNITY COMPANY OF CALIFORNIA, effective as of November 1, 2000:

RESOLVED, that the Chairman of the Board, the President and any Vice President of the corporation be, and that each of them hereby is, authorized to execute Powers of Attorney, qualifying the attorney(s) named in the Powers of Attorney to execute, on behalf of the corporations, bonds, undertakings and contracts of suretyship; and that the Secretary or any Assistant Secretary of the corporations be, and each of them hereby is, authorized to attest the execution of any such Power of Attorney;

RESOLVED, FURTHER, that the signatures of such officers may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures shall be valid and binding upon the corporation when so affixed and in the future with respect to any bond, undertaking or contract of suretyship to which it is attached.

IN WITNESS WHEREOF, DEVELOPERS SURETY AND INDEMNITY COMPANY and INDEMNITY COMPANY OF CALIFORNIA have severally caused these presents to be signed by their respective Executive Vice President and attested by their respective Secretary this 8th day of November, 2000.

By: _____
David H. Rhodes, Executive Vice President

By: _____
Walter A. Crowell, Secretary

STATE OF CALIFORNIA )
                                           )SS.
COUNTY OF ORANGE  )

On November 8, 2000, before me, Diane J. Kawata, personally appeared David H. Rhodes and Walter A. Crowell, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the entity upon behalf of which the persons acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____



DIANE J. KAWATA
COMM. #1167928
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Comm. Exp. Jan. 8, 2002

## CERTIFICATE

The undersigned, as Chief Operating Officer of DEVELOPERS SURETY AND INDEMNITY COMPANY and INDEMNITY COMPANY OF CALIFORNIA, does hereby certify that the foregoing Power of Attorney remains in full force and has not been revoked, and furthermore, that the provisions of the resolutions of the respective Boards of Directors of said corporations set forth in the Power of Attorney, are in force as of the date of this Certificate.

This Certificate is executed in the City of Irvine, California, the 10TH day of _____ JULY _____, 2001.

By _____
David G. Lane, Chief Operating Officer

ID-1380 (11/00)

 **CNA** SURETY

PO Box 5077 Sioux Falls SD 57117-5077

1-800-331-6053
Fax 1-605-335-0357
www.cnasurety.com

March 24, 2009

Coachella Valley Insurance Service, Inc.
78411 Hwy. 111
La Quinta, CA 92253

Re:     Bond #68465019 - Coachella Valley Insurance Service, Inc.
        $10,000.00 - Insurance Broker
        Company Code: 601 - Western Surety Company

Thank you for the premium payment for the above referenced bond. This document is to serve as
notice that payment in full has been remitted for the term of 2/10/2008 through 2/10/2011. If you have
any questions, please contact your local agent.

## ~~ND OF INSURANCE BROK~~
## TO THE PEOPLE OF THE STATE OF CALIFORNIA
(Insurance Code Sections 1662-1665)

BOND No. 68465019                                    PREMIUM $ 50.00

WE, Coachella Valley Insurance Service, Inc. ,

as Principal, an applicant for or holder of a California broker's license, and

WESTERN SURETY COMPANY , an admitted
surety insurer as Surety hereon, bind ourselves in the penal sum of TEN THOUSAND
DOLLARS ($10,000) to the people of the State of California, which sum shall be
the limit of total aggregate liability hereunder.

The condition of this obligation is that if the Principal is granted, or during
the term hereof holds, an insurance broker's license issued by the Insurance
Commissioner of the State of California, he shall account to any person
requesting him to obtain insurance, for moneys or premiums collected by him, his
solicitors or his employees, for insurance other than life; if he shall so
account as required by law, then this obligation shall be null and void;
otherwise to remain in full force and effect.

This bond shall take effect on ___February 10___ , 19 96 , but not
prior to the date of its execution. If no date is hereinabove written, it shall
take effect on the later of the two dates of execution set forth below.

This bond shall remain in force and effect until the Surety is released from
further liability by the commissioner or until the bond is canceled by the
Surety. The Surety may cancel the bond and be released of further liability
hereunder by delivering 30 days' notice to the commissioner. Such cancellation
shall not affect any liability incurred or accrued prior to the termination of
the 30-day period.

In witness whereof the Principal has subscribed his (its) true name on the date
and at the place entered opposite his (its) signature, and the Surety has
subscribed its full and correct name and affixed its corporate seal on the date
and at the place in this State shown opposite its signature.

COACHELLA VALLEY INSURANCE
SERVICE, INC.                                    January 30 , 1996
_____             _____
          Principal                             Date
By _Charles Ellis_                              Indio, CA
                                                Place Where Executed

WESTERN SURETY COMPANY
          Surety
By _Josephine M. Johnson_                       January 30 , 1996
   Name Josephine M. Johnson                    Date

Attorney-In-Fact                                Indio, California
     Position or Title                          Place in California Where Executed


IT IS NECESSARY THAT A STATUTORY $19.00 REPLACEMENT BOND FEE BE
SUBMITTED, UNLESS BOND IS FILED WITH AN ORIGINAL APPLICATION.


Form 417-5 (11/95)

# Withholding Exemption Certificate – This is a substitute for California FTB Form 590

*(This form can only be used to certify exemption from nonresident withholding under California R&TC Section 18662. This form cannot be used for exemption from wage withholding.) File this form with your withholding agent, State Compensation Insurance Fund.*

| Vendor/Payee's name | | Internal Number |
|---|---|---|
| Cumbre, Inc. | | |

| Vendor/Payee's address (number and street, PO Box, Rural Route, APT no., Suite, Room, or PMB no.) 3333 Concours Suite 5100 | | Vendor/Payee's daytime telephone number ( ) 909-484-2456 | |
|---|---|---|---|
| City Ontario | State CA | | Zip Code 91764 |

Note: Failure to furnish your identification number will make this certificate void.

Taxpayer Identification Number:  95-4019695

Social Security Number: _____  Employer Identification Number:  95-4019695

California Corporation Number:  C1361562

I certify that for the reasons checked below, the entity or individual named on this form is exempt from the California income tax withholding requirement on payment(s) made to the entity or individual. Read the following carefully and check the box that applies to the vendor/payee:

☐ **Individuals - Certification of Residency:**
I am a resident of California and I reside at the address shown above. If I become a nonresident at any time, I will promptly inform the withholding agent. See instructions for Form 590, General Information D, for the definition of a resident.

☒ **Corporations:**
The above-named corporation has a permanent place of business in California at the address shown above or is qualified through the California Secretary of State to do business in California. The corporation will file a California tax return and withhold on payments of California source income to nonresidents when required. If this corporation ceases to have a permanent place of business in California or ceases to do any of the above, I will promptly notify the withholding agent. See instructions for Form 590, General Information E, for the definition of permanent place of business.

☐ **Partnerships:**
The above-named partnership has a permanent place of business in California at the address shown above or is registered with the California Secretary of State, and is subject to the laws of California. The partnership will file a California tax return and will withhold on foreign and domestic nonresident partners when required. If the partnership ceases to do any of the above, I will promptly inform the withholding agent. **Note: For** withholding purposes, a Limited Liability Partnership (LLP) is treated like any other partnership.

☐ **Limited Liability Companies (LLC):**
The above-named LLC has a permanent place in business in California at the address shown above or is registered with the California Secretary of State, and is subject to the laws of California. The LLC will file a California tax return and will withhold on foreign and domestic nonresident members when required. If the LLC ceases to do any of the above, I will promptly inform the withholding agent.

☐ **Tax-Exempt Entities:**
The above-named entity is exempt from tax under California R&TC Section 23701 ____ (insert letter) or Internal Revenue Code Section 501(c) ____ (insert number). The tax-exempt entity will withhold on payments of California source income to nonresidents when required. If this entity ceases to be exempt from tax, I will promptly inform the withholding agent. Note: Individuals cannot be tax-exempt entities.

☐ **Insurance Companies, IRAs, or Qualified Pension/Profit Sharing Plans:**
The above-named entity is an insurance company, IRA, or a federally qualified pension or profit-sharing plan.

☐ **California Irrevocable Trusts:**
At least one trustee of the above-named irrevocable trust is a California resident. The trust will file a California fiduciary tax return and will withhold on foreign and domestic nonresident beneficiaries when required. If the trustee becomes a nonresident at any time, I will promptly inform the withholding agent.

☐ **Estates - Certification of Residency of Deceased Person:**
I am the executor of the above-named person's estate. The decedent was a California resident at the time of death. The estate will file a California fiduciary tax return and will withhold on foreign and domestic nonresident beneficiaries when required.

☐ This does not apply to us because we do not provide service in California.

CERTIFICATE: Please complete and sign below.

Under penalties of perjury, I hereby certify that the information provided herein is, to the best of my knowledge, true and correct. If conditions change, I will promptly inform the withholding agent.

Vendor/Payee's name (type or print)  Michael J. Holzman        Title: Vice President/COO

Vendor/Payee's signature _____        Date: 3/24/2009

# EXHIBIT B



SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

333 South Hope Street | 48th Floor | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | ***www.sheppardmullin.com***

Writer's Direct Line: 213-617-5474
acronthall@sheppardmullin.com

March 31, 2009

Our File Number: 0XA5-105647

*VIA EMAIL AND U.S. MAIL*

James C. Powers, Esq.
Nossaman LLP
445 South Figueroa Street, 31st Fl.
Los Angeles, California 90071-1802

> Re:   Cumbre, Inc., et al. v. State Compensation Insurance Fund; SBSC Case
>        No. RCV 073523

Dear Mr. Powers:

State Fund is in receipt of a letter dated March 24, 2009 and enclosures from
Cumbre Insurance Services' ("Cumbre") Vice President and COO, Michael Holzman, concerning
State Fund's broker program. It is addressed to State Fund's "Marketing Department, Broker
Unit." Based on the nature of the enclosed documents, it appears your client, Cumbre, is
attempting to enter a new broker agreement with State Fund for the remainder of 2009.

Since Cumbre is still engaged in litigation against State Fund concerning the
broker program, we are surprised and concerned that it chose to contact State Fund directly about
this issue. State Fund requests that communications of this nature be conducted between counsel
until the litigation is resolved.

As you know, in March 2004 State Fund offered to reinstate Cumbre and all other
terminated brokers effective August 1, 2004, on certain conditions. One of those conditions was
that the broker not be engaged in litigation against State Fund concerning the broker termination
program. This particular requirement was addressed in detail during the course of the pending
litigation, including the appeal and recent jury trial. Neither the court of appeal nor the jury
found that this requirement violated any of your clients' rights. Consequently, to the extent your
clients wish to seek reinstatement as brokers having contractual relationships with State Fund,
that process should not occur prior to the resolution of the pending litigation.

To the extent a separate letter of a similar nature has been submitted on behalf of
Coachella Valley Insurance Services or is contemplated, State Fund's position obviously would
be the same.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

James C. Powers, Esq.
March 31, 2009
Page 2

Please contact the undersigned should you have any questions or wish to discuss.

Very truly yours,

Andre J. Cronthall

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:LCG\401458885.1